IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
SAMANTHA JOHNSON,            )
                             )
    Plaintiff,               )
                             )
    v.                       )   CIVIL ACTION NO.
                             )     3:04cv63-T
AUBURN UNIVERSITY, etc.,     )        (WO)
                             )
    Defendant.               )
```

### JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Defendant Auburn University's motion for summary judgment (Doc. No. 16) is granted.

(2) Judgment is entered in favor of defendant Auburn University and against plaintiff Samantha Johnson, with plaintiff Johnson taking nothing by her complaint.

It is further ORDERED that the costs are taxed against plaintiff Johnson.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**DONE, this the 17th day of November, 2005.**

                                             **    /s/ Myron H. Thompson    
                                             UNITED STATES DISTRICT JUDGE**